JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Kenneth Lyle Spangle, | Case No. 8:17-CV-00485-JLS |
| Petitioner, | Case No. 8:12-CR-00194-JLS-1 |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent | |

    IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

    The Clerk shall close the case.

    Dated: August 20, 2018

The Hon. Josephine L. Staton
United States District Judge